## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING ALVAREZ, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-4941 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, *et seq.* | : | |
| *Defendants.* | : | |

### ORDER

AND NOW, this 23rd day of February, 2026, upon consideration of Plaintiff King

Alvarez's *pro se* Amended Complaint (ECF No. 13) and Miscellaneous Motion (Dkt. No.

14), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the

reasons in the Court's Memorandum.

2. The Miscellaneous Motion is **DENIED as moot**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

### BY THE COURT:

*/s/ Gerald J. Pappert*

**Gerald J. Pappert, J.**